April 10 2022

Case 6:23-cv-00275-ADA   Document 1   Filed 04/12/23   Page 1 of 5

**FILED**
April 12, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CV_____
      DEPUTY

Jo Ann Wilbert 2261580
MV Unit (B2-27)
2305 Ransom Rd
Gatesville Texas 76528

Clerk of the Court + Judge Albright
US District Court / Western District of Texas
800 Franklin Avenue Rm 380
Waco, Texas 76701

CCCCCC

(New Case Pending)

6:23-cv-00275

Dear Clerk and Judge,

My Previous Case # 6:22-cv-00769 was cancelled do to improper notification, but this time I am going to hire a Process Server. I am Again notifying this court I am filing A 42 USC 1983 Law Suit Against Texas Dept of Criminal Justice, Governor Greg Abbott, and University of Texas Medical Branch. I am running into the same problems I had before. (Lack of Cooperation from TDCJ)

In order to file this suit the Texas Dept of Criminal Justice (Inmate Trust Fund) is not cooperating with getting me the inmate trust fund banking statements I need to prove I am poor. (Been waiting 6 months)
I am filing this Case Pro Se and informa pauperis.

This court has provided me the forms; but it has been since November 5 2022 when I received your notice of cancellation that the Inmate Trust Fund has refused to send me the documents I need. My Advocate Dorothy Wooley has even tried several times to get the documents for me. (enclosure)

I need to also inform this court — that I need to obtain A Court Order to get medical care and attention.

2261580

I have at least (5) major medical problems. I Am seeking care for that A Mr Vatcher / The Senior Practice Manager / Medical is denying me. I need to put in the Hospital At Galveston and then obtain follow on care (for Permanant And Chronic Conditions) The VA in temple texas could Also Provide care.

1) My left hand is Crushed: fingers were broken, hand was broken, I need surgery to fix my fingers And hand. (denied Gabapentin)

2) I have large bone spur left foot - makes walking difficult and extremely painful (denied pain shot, denied any care + treatment) need surgical removal of bone spur.

3) need to have mammogram + ultra sound at same time! Only hospital in Galveston can do both. (Possible cancer) discovered large lump.

4) need Appt to see Neurologist (have severe migraines) which are out control. This Unit (Mountain View) denied I have migraines and Am filing failure to treat. They took my medical sunglass(es), denied me sumatriptan and melatonin (since) June 2022. Denied my migraines are debilitating and put me in work status.

5) need this court to contact my Dept of Veterans Affairs (representative) to verify the 100% Disability Status and have the situation of medical unassigned resolved. (permanantly)

Also need to have this court contact Mr Sanchez at Region VI to Get me moved off this Unit to A safer unit where my Life will not be in danger from denial of medical care, and I can Prolong my Life. (They don't care on this Unit at all)

As Previous mentioned - my Law Suit is prepared and ready to be mailed to you (except for inmate trust fund Statements) I need immediate Court Protection to get me sent to the Hospital in Galveston or the Veterans Hospital in Temple Texas.

(2)

2261580

My Veterans Representative is: Justice Involved Claims Coordinator)
Greg L. Holland (Phone # 737-247-0325) or 800-423-2111
Texas Veterans Commission
Po Box 769
Temple Texas 76503
Gregory.holland@tvc.texas.gov

T.D.C.J (Mr Sanchez)
TDCJ- CID Region VI
1002 Carroll Street
Gatesville, Texas 76528

Enclosed is a Motion to this Court. Please safe my Life while I am incarcerated for a Crime I did not committ.

Jo Ann Wilbert  2261580
CW2 USA (retired)

2261580

Jo Ann Wilbert (2261335)
Mountain View Unit (CB2-27)
2305 Ransom Rd
Gatesville Texas 76528

RECEIVED
APR 12 2023
CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Clerk of the Court
U.S. District Court
Western District of Texas
800 Franklin Avenue Rm 380
WACO Texas 76701

Legal MAIL

Legal MAIL

RIO GRANDE DISTRICT
10 APR 2023 PM 3 L

76701-193480

INSTITUTIONS DIVISION
JUSTICE - OPERATIONAL
DEPARTMENT OF CRIMINAL
NOT INSPECTED BY TEXAS
PRIVILEGED OFFENDER MAIL

LeGal MAIL